UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD PERRY,

              Plaintiff,

-against-

ADW MALONEY, *et al.*,

              Defendants.

21-CV-8039 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated December 27, 2021, the Court directed Plaintiff to file an amended complaint. The Court informed Plaintiff that failure to amend his complaint would result in dismissal of the action. On April 11, 2022, the Court dismissed the action because Plaintiff had not amended his complaint. On April 13, 2022, the Court learned that Plaintiff had been transferred from Rikers Island to Ulster Correctional Facility.[1] It is not clear that Plaintiff received the December 27, 2021 order to amend. The April 11, 2022 order and judgment dismissing the action are vacated. (ECF 5, 6.) Plaintiff is directed to file an amended complaint that complies with the December 27, 2021 order. Failure to comply will result in dismissal of the action. The Clerk of Court is directed to reopen the action.

SO ORDERED.

Dated:   April 13, 2022
         New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge

---

[1] The Clerk of Court updated Plaintiff's address on the docket and mailed to Plaintiff a copy of the December 27, 2021 order.