UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD PERRY,

                    Petitioner,

     -against-

ADW MALONEY, WARDEN MORALES,

                    Respondents.

21-CV-8039(LTS)

CIVIL JUDGMENT

     For the reasons stated in the September 28, 2022, order, this action is dismissed.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  September 28, 2022
           New York, New York

                                               /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                       Chief United States District Judge